IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL GROSS; MICHELLE SIPE; and, DEBRA L. ROZEAR, | Case No. 2:15-cv-1214-AJS |
| Plaintiffs, | |
| v. | |
| ASCENA RETAIL GROUP, INC., | Filed Electronically |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss this action without prejudice.

Respectfully submitted,

/s/ R. Bruce Carlson
R. Bruce Carlson
Benjamin J. Sweet
Stephanie Goldin
CARLSON LYNCH SWEET &
KILPELA LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
bcarlson@carlsonlynch.com
bsweet@carlsonlynch.com
sgoldin@carlsonlynch.com

Attorneys for Plaintiff