IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL GROSS; MICHELLE SIPE; and, DEBRA L. ROZEAR,<br><br>Plaintiffs,<br><br>v.<br><br>ASCENA RETAIL GROUP, INC.,<br><br>Defendant. | Case No. 2:15-cv-1214-AJS<br><br>Filed Electronically |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss this action without prejudice.

Respectfully submitted,

/s/ R. Bruce Carlson
R. Bruce Carlson
Benjamin J. Sweet
Stephanie Goldin
CARLSON LYNCH SWEET &
KILPELA LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
bcarlson@carlsonlynch.com
bsweet@carlsonlynch.com
sgoldin@carlsonlynch.com

Attorneys for Plaintiff

NOW, this 22nd day of Sept, 2015,
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE